**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

Jason Antonio Curtis Lee McCrary

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # A718-296

vs.

Governor Mike Dewine                    1:20CV388

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

1. DLOTT

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Director Chambers-Smith, Annette          M.J. BOWMAN

Warden Wanza Jackson-Mitchell

Inspector Steven Bullock                   RECEIVED

Warren Correctional facility

**COMPLAINT**                          MAY 15 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I.     PARTIES TO THE ACTION:

PLAINTIFF:    PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Jason Antonio Curtis Lee McCrary

NAME - FULL NAME PLEASE - PRINT

5787 St. Rte. 63

ADDRESS: STREET, CITY, STATE AND ZIP CODE

Lebanon, OHIO          45036

513-932-9741

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

② Antwon Cornett #730-752
Warren Corr. Inst.
P.O. Box 120
Lebanon, Ohio 45036
*Antwon Cornett*

③ Joshua Jacobs #A656-473
Warren Corr. Inst
P.O Box 120
Lebanon, OH 45036
*Joshua Jacobs*

④ Louis G Delgado #745/38
Warren correctional Inst.
P.O. Box 120
Lebanon, OH 45036
*Louis Delgado*

⑤ Devon Jackson #667-418
W.C.I P.O. Box 120
Lebanon, Ohio 45036
*Devon Jackson*

⑥ Tyler Nalder #726-400
W.C.I. P.O. Box 120
Lebanon, OH, 45036
*Tyler Nalder*

7 De'Andre L Burten Sr. #683-871
W.C.I P.O.Box 120
Lebanon, OH 45036
Deandre Burten Sr.

PLEASE ANSWER CROSSBARRED ITEMS; IF YOU FILL THE FOLLOWING INFORMATIONS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

                N/A

            DEFENDANTS:

                N/A

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)   N/A

        3.    DOCKET NUMBER   N/A

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED   N/A

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)   N/A

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT   N/A

        7.    APPROXIMATE DATE OF THE DISPOSITION   N/A

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I wrote kites to The appropriate
staff. Then I.C.R'S to Appeal
Process, Spoke To DWO, unit staff
Inst. Inspector, warden

2. WHAT WAS THE RESULT?

NoThing was looked into, corrected
or correctly addressed, Nor
Governor dewines orders Followed nor CDC (recommenditions)

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

N/A

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

N/A

2. WHAT WAS THE RESULT?

N/A

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Gov. Michael Dewine
NAMES - FULL NAME PLEASE
5787 St, RtE, 63 Lebanon OHIO 45036
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Annette chambers-smith
4545 fisher Road, columbus OH 43228

3. Wanza Jackson-Mitchell
5787 St. Rte, 63 Lebanon OHIO 45036

4. STEVEN Bullock
5787 St. RtE, 63 Lebanon OHIO 45036

5. Warren Correctional Institution
5787 ST. RtE, 63 Lebanon OHIO 45036

6. OHIO Department of Corrections
State of OHIO

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

Page 1

# STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Extortion: Being fed only twice daily, dropping the amount allowed to spend at commissary, not able to work jobs one could before due to covid-19 stipulations and rules. They do allow inmates an extra Food box in which more money is needed to garner such goods, meaning one must ask someone who is free and not working to help them with Food due to the prison cutting meals back, from any outside source paying for shipping and handling along with packaging, we are unable to recieve visitors but can pay for calls and stamps on JPAY for emails, videos and video visits, which all cost money compared to the free former visits, then we do not have a choice at too whom we will use to contact family, every thing is monopolized,

Inability to protect: The prison system is not built for the ability to social distance, nor protect us inmates from what the Department of Justice deemed a "Biological Agent." The staff and CO's are unable to keep us from catching covid-19 we are under the states care and protection no matter what we are in prison for and are still

American citizens. There are laws to convict us as well as laws to protect our lives as American citizens, we who are under The care and to be protected by The state and facilities in which we are placed. The Warden down to The C.O. are whom our safety and health reside in, These are employees of Director chambers, whom in turn directly works for Governor Mike dewine. Even our Governor has said They are learning on "The Fly", This does not excuse The fact many inmates have gotten sick due to negligence and many staff as well along with more deaths than should have even occoured due to no one following CDC guide lines as well as "Prisoners not being whom The governor felt needed protected, so all have followed ~~their~~ his lead. Inmates were not ill until a atside entity brought covid-19 into previously quarantined prisons. These are "Biological Agents" and none of The defendants have been trained in how to properly deal with such.

Negligence on behalf of Governor Mike dewine, Director Anette smith, Warden Wanza Jackson-Mitchell, Inspector steven [sic] Bullock and all Aarmark workers, staff and C.O.'s under said people in charge, AT The begining of said Pandemic covid-19, no appropiate steps were taken to prevent it from getting into all OHIO Prisons, Nor when signs

③

and/or symptoms were identified were appropriate,
proactive steps taken to protect inmates well being.
Staff nor cio's were being "tested" not "temperature
checked", This would've have stopped staff and cio's
from carrying This Biological agent of death into
The prison system, because This disease did not begin
in prison, nor did They begin testing and quarantining
new inmates brought from county jails to The prison
system. These two simple steps would've be saved lives
as well as slow if not stop The spread of covid-19.
When They began seeing it was as bad as The C.D.C. said
They still only did temperature checks on staff, when
They had high temperatures They were put on leave, but
still no actions to protect The inmates They had
came into contact with nor were we notified They
may possibly be sick or That were were subjected
to exposure of covid-19 by said staff who later
admitted to having been out fighting covid-19 —
Ofc. Wheeler of W.C.I, The Warden of W.C.I
~~Director~~ MS. Wanza Jackson-mitchell, Inspector
of W.C.I steven Bullock [sic] as well as The
employees and contractors of W.C.I were negligent
in following Governor mike dewines statements to Them.
That being fact Governor Mike dewine is negligent
in making sure all O.D.R.C. Prisons of OHIO acted
accordingly to his orders of getting inmates and
staff The appropriate 70% based alcohol hand
sanitizer as well as chemicals That would kill or

(9)

keep Covid-19 from being spread Throughout The Prison system and Therefore protecting The inmates. Warren Prison medical never once called "chronic care inmates" in to tell us of The seriousness or how to specifically protect ourselves, who are at higher risk of catching and dying from Covid-19. They brought in extra staff to work S.R.T., even Though at The same time They began making staff work remotely. The S.R.T. went and continues to go from building to building, touching, carrying possible Covid-19 on clothing and on shoes, while coughing sneezing and patting down multiple inmates with The same gloves, if These gloves have Covid-19 on Them They have traveled on to each inmate That staff touched. As a chronic care inmate no one still has yet to contact any of us. We are locked out unknowingly of our cells into a day room in which we have nowhere to wash our hands or get 70% based alcohol hand sanitizer. We weren't until recently told we "must" wear face mask or be given write ups. Even Though as I have stated no inmates had This only staff and c/o's could bring in Covid-19. We are not given bleach, lysol to clean our cells in which we cannot social distance from inmates who may or may not take heed to hygienical needs. The ventalation system is recycled air and I know That if I can smell smoke coming in Through The vents That Covid-19 which stays in The air 3-4 hours can and

(S)

will travel once coughed or sneezed into the air will in fact travel the whole of the buildings cells. The prison is neglectful in not making sure that detergent that will kill covid-19 is being used in the 2 washers, 2 dryers that 150 inmates share. Porters in the block who clean showers do not have proper mask, chemicals, rags which they must provide 2 clean. The prison should be making sure the inmates health is at the forefront of all else, we live in a giant petri dish and not providing "needed" cleaning items and then cleaning the cleaning items until "sterile". The Warden, inspector, staff and c/o's are neglectful in making sure that mental health patients continue to not just be "dragged" in pill call but we have our necessary checkups or are followed up on to see how we are dealing with this stressful and hopeless pandemic. Mental health patients are more susceptible to becoming sick. All substance abuse inmates still need to be checked up on and followed up on so that they do not lapse in recovery and are doing well, seeing they are ~~still~~ susceptible to catch covid-19.

Prison officials at Warren correctional have stated to stop the spread of covid-19 there will be no breakfast but a brunch to minimize the amount of inmates in the chow hall at once, there is a confirmed case of covid-19, yet not "testing" done. The stopping of this one meal not being served will stop covid-19 is preposterous. Because Alcohol based sanitizers nor

6

bleach are used in between ranges coming and going out of The chow hall. Tables, water coolers, doors railings, Floors, windows as well as staff That is in The chow hall for all blocks, pat down numerous inmates, and do not change gloves or sanitize properly between blocks. One range may be called at a time but They are still not 6 feet of seperation (even Though CDC says 4 meters or 13 ft of seperation is needed)

The warden of warren correctional as well as The inspector, staff and C.O's are neglectful when it came to passing out "cloth mask" They claimed are C.D.C. approved but are not. They also only sent or put up signs saying to wear mask, Then how to wear mask. Unfortunately for inmates who cannot read or does not have any comprehensional skills are unable to properly protect Their selves because of The neglectfulness of staff who know These inmates are A.B.E or Pre-GED students, Making sure each and every ~~stude~~ inmates knows how to wash Their hands properly, how to keep good hygiene and how and when to use These cloth mask made by possibly ill inmates who were asymptomatic.

Right to rehabilitation! We are unable as mental health inmates to have groups, programs or one on one meetings with our mental health liazons due to social distancing. We are unable to go to trade schools, college,

7

or Law Library to try and at least help ourselves. No measures have been taken to continue any programs. If we are as safe as Prison officials try and make it seem Then we should be able to continue our rehabilitation That Mike dewine as well as The Prison director preach on so much. We are not being treated but being subjected to what falls under cruel and unusual punishment. Neglecting These inmates is making it hard to live in prison due to The effects of Covid-19 on inmates with These underlying issues and unique problems. Yet inmates are punished for outburst, uncontrollable behavior, relapsing into old behaviors due to families and friends dying and becoming ill of covid-19. Any where else in OHIO we would be locked up or ticketed for violating The Govenor Mike dewines orders to not gather in groups of more Than 10, practice social distancing and finding help for our emotional, mental and physical problems. We are also denied The #1 Thing That O.D.R.C promotes contact with Family and Friends especially contact visits. The only way to keep emotional and mental ties with Friends, Family and loved ones, unable to hug, kiss, hold hands, physically ~~measure~~ our children. This is impossible Through 15 minute calls (we have to pay for) or 15 minute video visits That mostly dont work (which we have to pay for) Our Free Visits are now costing people who are relying on a $1200 stimulus check to also help keep us in touch.

We are asking for relief in these matters in the amount of $100,000,000.xx, to be split amongst Plaintiffs and used appropiately to enhance and help each individual as well as their families, loved ones, or in case of sickness or death for medical bills and burial cost. We also ask to be heard by a jury of "our" peers for our court hearings

These are attached exhibits and refrences

A  CDC Reccomendations

B  Information on where and when in prisons contracted Covid-19

C  Map of OHIO and civilians who contracted Covid-19

D  outcome of trial drugs on Covid-19 doctors that were infected with covid-19

E  information from news concerning OHIOS prison contraction of Covid-19

F  False information put out by DRC and warren Prison

G  CDC information for Prisons infected

H  2 month meals during "police variance"

I  Letter from Correctional Inst. Inspection Committee

J  OHIO federal Prison

K  Picture of Mask Provided

JASON MCCRARY A718296 WCI 2C222LC ID:785657169 (2 ... )



You have received a **jpay** letter, the fastest way to get mail

From : Angela Clemente(Russo, CustomerID: 18499999

To : JASON MCCRARY, ID: A718296
Date : 4/12/2020 7:23:29 PM EST, Letter ID: 785657169
Location : WCI
Housing : 2C222LC

Here is another article about how it is spread!

NEWS
The coronavirus spreads at least 13 feet, travels on shoes: CDC
By Lee Brown

April 12, 2020 | 9:29am

A patient room is seen at the Huoshenshan temporary field hospital in Wuhan, China
A patient room is seen at the Huoshenshan temporary field hospital in Wuhan, China
AP
Sign up for our special edition newsletter to get a daily update on the coronavirus pandemic.
The coronavirus can travel through the air at least 13 feet — more than twice as far as social distancing guidelines, according to a report from the Centers for Disease Control and Prevention (CDC).

Research published in the federal agency's Emerging Infectious Diseases journal shows the contagion spreading far further than previous official suggestions — and also getting spread on people's shoes.

"The aerosol distribution characteristics … indicate that the transmission distance of [COVID-19] might be 4 m," the report says, translating as more than 13 feet.

"Furthermore, half of the samples from the soles of the ICU medical staff shoes tested positive," the researchers wrote of samples taken at Huoshenshan Hospital in Wuhan.

"Therefore, the soles of medical staff shoes might function as carriers."

The report, based on research by a team at the Academy of Military Medical Sciences in Beijing, appears to reaffirm fears that the current social distancing guidelines of 6 feet may not be enough.

It also suggests people — especially medical staff on the frontlines — could inadvertently be spreading the bug away from its source, recommending stringent disinfecting measures.

High levels were also found on frequently touched surfaces like computer mice, trashcans and bed rails.

The CDC recommends 6 feet for social distancing, while the World Health Organization claims just 3 feet should be enough, less than a quarter of the distance the current study suggests it spreads.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

JASON MCCRARY A718296 WCI 2C222LC ID:785651594 [P 1/1]

⬭ B

**You have received a _JPay_ letter, the fastest way to get mail**

From :
To : JASON MCCRARY, ID: A718296
Date : 4/12/2020 7:16:40 PM EST,    Letter ID: 785651594
Location : WCI
Housing : 2C222LC

Here is an article from BBC that just came out a few minutes ago.

47 inmates test positive for COVID-19 in Ohio prisons

NBC4 Staff
2 hours ago

COLUMBUS (WCMH) — New numbers from the Ohio Department of Rehabilitation and Correction show 47 inmates across the state's 28 prison facilities have tested positive for the COVID-19 coronavirus as of Sunday.

In addition, 87 prison staff members have tested positive for the virus, with one employee having died from the disease.

Pickaway and Marion correctional institutions continue to have the most positive cases among both inmates and staff members. At Pickaway, 23 inmates and 17 staff members have tested positive; at Marion, 15 inmates and 47 staff members have tested positive.

In addition to Pickaway and Marion, positive cases among inmates have been reported at the following institutions:

Correctional Reception Center (4 inmates, 3 employees)
Franklin Medical Center (2 inmates, 10 employees)
North Central Correctional Complex (2 inmates, no employees)
Toledo Correctional Institution (1 inmate, 3 employees)
In addition, employees at the following institutions have tested positive:

Dayton Correctional Institution (3 employees)
Lebanon Correctional Institution (2 employees)
Madison Correctional Institution (1 employee)
Northeast Ohio Correctional Center (1 employee)
Northeast Reintegration Center (1 employee)
Ohio State Penitentiary (1 employee)
Eleven of the state's institutions are in quarantine.

Earlier this week, Gov. Mike DeWine announced plans to help fight the virus inside the prisons, including widespread testing for inmates. DeWine has also set out plans to release more than 200 prisoners early to prevent them from contracting the coronavirus while emptying space within the institutions.

ODRC said 261 inmates have been tested, with 167 results pending. Forty-seven inmates have tested negative for the virus.

**CORRECTIONAL INSTITUTION INSPECTION COMMITTEE**
OHIO GENERAL ASSEMBLY
VERN RIFFE CENTER
77 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 43215 $ 000.38⁹
02 4W
0000360285 APR 28 2020

2C222

**LEGAL MAIL**

Jason McCrary 718296
Warren Correctional Institution
PO Box 120
Lebanon, OH 45036

23   CHJ—15B   45036

You have received a **jpay** letter, the fastest way to get mail

From :
To : JASON MCCRARY, ID: A718296
Date : 4/9/2020 2:47:10 AM EST, Letter ID: 781467469
Location : WCI
Housing : 2C222LC

Updated Apr 08, 2020; Posted Apr 08, 2020

# 5,148 confirmed coronavirus cases



Source: Ohio Department of Health       RICH EXNER/CLEVELAND.COM

Ohio's 5,148 cases of coronavirus are spread across 83 of Ohio's 88
counties. To instead see case rates per capita, view the chart at the
bottom of this story.

By Rich Exner, cleveland.com

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

You have received a **JPay** letter, the fastest way to get mail



From :
To  : JASON MCCRARY, ID: A718296
Date : 4/22/2020 11:26:09 PM EST,   Letter ID: 797255525
Location : WCI
Housing : 2C222LC



JASON MCCRARY A718296 WCI 2C222LC ID:783624785 [P 1/1]

You have received a **jpay** letter, the fastest way to get mail 

From : Angela ClementeRusso, CustomerID: 18489620
To : JASON MCCRARY, ID: A718296
Date : 4/10/2020 4:45:32 PM EST, Letter ID: 783624785
Location : WCI
Housing : 2C222LC



**You have received a JPay letter, the fastest way to get mail**

From : JPay Representative
To   : JASON MCCRARY, ID: A718296
Date : 4/26/2020 8:57:10 AM EST,   Letter ID: 800614584
Location : WCI
Housing : 2C222LC

There are a lot of words being used by media, the staff and others about coronavirus.• We want to help you understand what is meant by these terms and how the words may apply to you.•

Coronavirus – also known as COVID-19.• This is a virus that is spread through the air.• A person with the disease has to be close to you for more than 15 minutes when they are talking to you before you can catch it too.• A person with the disease could also sneeze on you to pass along the virus.• A person with the disease could also cough into their hand and then touch a surface (like a table) – if you touch that table and put your hands near your mouth/eye/nose, you could catch the virus.

Unlike the normal flu, there is no medicine that can stop it in the body.• It is really hard for some people to recover from this illness. We need your help to stop the virus from spreading.

Here are some of the things DRC is doing are taking (and you are hearing about) to help:

We are asking that you stay in a COHORT.• A cohort is a group of people who stay together.• A cohort can be small (like a family) or a larger (like a whole dorm).• Cohorts in the prison will be in the same dorm together, eat together, and have recreation together.• Cohorts should try not to do things with people outside of their group, unless you have to (like with a medical person).

You have heard that we are asking some people to QUARANTINE.• If you have been around someone who has the virus, we will move you in with other people who have also been exposed.• You don't have to feel sick or have symptoms to be put in quarantine. We do this to make sure you don't get sick and don't spread the virus if you do have it.•

If you are feeling sick and have symptoms, we will put you in ISOLATION.• This separates you from people who are not sick.• The staff who work with you when you're in isolation will be wearing more personal protective equipment (PPE - items that will stop the virus from spreading) then in other areas.

JASON MCCRARY A718296 WCI 2C222LC ID:799966606 [P 1/1]

You have received a **Jpay** letter, the fastest way to get mail

From : Angela Clemente Russo, CustomerID: 18489090
To : JASON MCCRARY, ID: A718296
Date : 4/25/2020 11:30:01 AM EST, Letter ID: 799966606
Location : WCI
Housing : 2C222LC

# Ohio | Department of Rehabilitation & Correction

## COVID-19 Inmate Testing | UPDATED: 4/24/2020

| Tested | Pending | Positive | Negative |
|---|---|---|---|
| * | * | 3837 | 1489 |

### Prisons where people are being tested

DRC has taken an aggressive and unique approach to testing, which includes mass testing of all staff and inmates at the Marion Correctional Institution, the Pickaway Correctional Institution, and the Franklin Medical Center (which is Ohio's medical facility for inmates). Because we are testing everyone – including those who are not showing symptoms – we are getting positive test results on individuals who otherwise would have never been tested because they were asymptomatic. The total tested and total pending are part of the large mass testing currently underway. Pickaway staff testing will begin the week of April 19, 2020. Once all of those results are received, these numbers will be filled. Positive and negative results are still being reported and are current as of this posting.

## COVID-19 Inmate Quarantine and Isolation | Quarantine separates and restricts the movement of people who were exposed, or potentially exposed, to a contagious disease to see if they become sick. Isolation separates sick people with a contagious disease from people who are not sick.

| Institution | # of Staff who have Reported Positive Tests | # of COVID-19 Related Staff Deaths | # of Staff who have Recovered | Units in Quarantine | # of Inmates in Quarantine | Housing Type (cell, open bay, combo) | # of Inmates in Isolation | # of Inmates who Tested Positive | # of Probable COVID-19 Related Inmate Deaths | # of Confirmed COVID-19 Related Inmate Deaths |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen Oakwood Correctional Institution | | | | | 5 | Cells | 1 | 0 | 0 | 0 |
| Belmont Correctional Institution | | | | Full Institution | 200X | Combo | 41 | 31 | 0 | 0 |
| Chillicothe Correctional Institution | | | | Full Institution | 2041 | Combo | 4 | 3 | 0 | 0 |
| Correctional Reception Center | | | | Full Institution | 1520 | Combo | 21 | 27 | 0 | 0 |
| Dayton Correctional Institution | | | | Full Institution | 822 | Cells | 1 | 1 | 0 | 0 |
| Franklin Medical Center | | | | Full Institution | 380 | Combo | 109 | 110 | 0 | 2 |
| Grafton Correctional Institution | | | | Full Institution | 1969 | Combo | 1 | 1 | 0 | 0 |
| Lake Erie Correctional Institution | | | | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Lebanon Correctional Institution | | | | Full Institution | 1955 | Cells | 0 | 0 | 0 | 0 |
| London Correctional Institution | | | | 2201 | Combo | 9 | 8 | 0 | 0 | |
| Lorain Correctional Institution | | | | Full Institution | 1545 | Cells | 1 | 0 | 0 | 0 |
| Madison Correctional Institution | | | | Full Institution | 2200 | Combo | 1 | 0 | 0 | 0 |
| Mansfield Correctional Institution | | | | Full Institution | 2418 | Cells | 2 | 1 | 0 | 0 |
| Marion Correctional Institution | | | | Full Institution | 442 | Combo | 2024 | 2028 | 0 | 4 |
| Noble Correctional Institution | | | | Full Institution | 2388 | Combo | 1 | 0 | 0 | 0 |
| North Central Correctional Complex | | | | Full Institution | 2374 | Combo | 13 | 7 | 0 | 0 |
| Northeast Ohio Correctional Center | | | | Full Institution | 933 | Cells | 0 | 0 | 0 | 0 |
| Northwest Reintegration Center | | | | Full Institution | 583 | Cells | 4 | 3 | 0 | 0 |
| Ohio Reformatory for Women | | | | 0 | 0 | Cells | 2 | 0 | 0 | 0 |
| Ohio State Penitentiary | | | | Full Institution | 485 | Cells | 0 | 0 | 0 | 0 |
| Pickaway Correctional Institution | | | | Full Institution | 397 | Combo | 1561 | 1563 | 2 | 9 |
| Richland Correctional Institution | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ross Correctional Institution | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Southeastern Correctional Institution | | | | 1576 | Combo | 1 | 1 | 0 | 0 | |
| Southern Ohio Correctional Facility | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Toledo Correctional Institution | | | | Full Institution | 935 | Cells | 13 | 9 | 0 | 0 |
| Trumbull Correctional Institution | | | | Full Institution | 1433 | Combo | 2 | 1 | 0 | 0 |
| Warren Correctional Institution | | | | Full Institution | 1372 | Cells | 4 | 1 | 0 | 0 |
| **Totals** | **204** | | **46** | | **32,946** | | **3667** | **3837** | **2** | **15** |

Prisons may implement quarantine procedures when staff or inmates test positive. Quarantined facilities are operating under modified movement and the populations are being separated by unit along with other precautionary measures. Every inmate at these facilities is monitored daily and has their temperature taken along with a check for symptoms. Overall testing increases are partially attributed to implementation of mass testing of designated facilities beginning 04/11/2020.

Exhibit H

April 8 2020 *

12 PM Brunch

1 milk, 4 pieces of bread, macaroni, Applesauce, carrots

4:30 PM Dinner

2 tortilla wraps, turkey filling, rice and beans, banana

April 9 *

Brunch 10:15 AM
3 boiled eggs, oatmeal, 2 square baked bread w/ syrup, charbroil patty *, milk

Dinner 4:20
2 hot dogs, 2 pieces of bread, parsly noodles, Apple, small scoop chili, shredded cheese

April 10 *

Brunch 11:30 AM
fish patty, 4 pieces bread, apple sauce, beans, left over charlbroil patty from yesterday Brunch *

Dinner 5:30 PM *

Chicken patty, Bread, apple, cake, carrots

April 11 * ~~11:10 AM~~

Brunch 11:10 AM
eggs, sliced potatoe, oatmeal, tortilla wrap, sausage, Apple, milk

Dinner 5:10 PM
Stroganouff, salad, cake, AppleSauce, bread

April 12 *

Brunch 8:30 AM
2 country patie, Bread, mashed potatoe, mixed vegtable, milk

Dinner 5:30 PM
Sloppy Joe, Beans, Bread, Applesauce

April 13 *

Brunch 11:15 PM
county patie, pizza, noodles, cookie, salad, milk

Dinner
~~500 PM~~    stroganouff, salad, carrotsd peas, bread, Pears

April

Brunch 11:40 AM

fish, bread, grits, gravy, apple, milk

Dinner 6:10 PM

noodles & meatsauce, cake, Apple slices, bread

April 15 *

Brunch 10 AM

2 chicken patties, Bread, pears, milk, noodles w/ red sauce.

Dinner 4:15 PM

Turkey fajiata, tortilla wraps, shredded cheese, shredded lettuce, cake

April 16 *

Brunch 10 AM

3 eggs, bread, oatmeal, apple, milk, turkey ham

Dinner 5 PM

Hotdogs ②, noodles, green beans, bread, Applesauce

April 17 *

Brunch 11:30 AM

2 charbroil patties, bread, cake, milk, beans

Dinner 5:30 PM

chicken patty, Rice, coleslaw, bread, bananna

April 18 *

Brunch 9:15 AM

eggs & ham, turkey bologna, tortilla wrap, apple, milk, Potatoes, oatmeal

Dinner 5:30 PM

~~April~~ Stroganoff, bread, brownie, salad, applesauce

April 19 *

Brunch 12:30 PM

2 country patty, bread, potatoe, carrot, milk, cake

Dinner 5:20 PM

Bread, sloppy Joe, cake, bananna, beans

Exhibit H

April 26

Brunch 10:45 AM
2 county patty, bread, potatoes (mashed), cake, milk, green beans

Dinner 5:15 PM
Sloppy Joe, bread, bananna, 4 cookies, slaw

## April 27 *

Brunch 10:30 AM
2 Pizza, cake, salad, bananna, mac n cheese

Dinner 5 PM
Johnny mazzetth, bread, bananna, salad + peas and carrots

April 28 *

Brunch 10:10 AM
Biscuit and gravy, bologna, cereal, bananna, milk

Dinner 6:15 PM
Italian sauce on noodles, bread, apple, cabbage with carrots, cake

April 29 *

Brunch 10:20 AM
2 chicken patty, bread, cereal, cake, milk

Dinner 4:10 PM
Turkey fajita wraps, Beans rice, Apple, shredded cheese

April 30 *

Brunch 11 AM
Pancakes, Turkey ham, boiled eggs, grits, milk, bananna
Dinner

April 31

Brunch

Dinner

mon April

Brunch 10:45AM
1 piece pizza, mac n cheese, apple, salad, cake, milk
Dinner 6:30PM
Johnny marzetti, Bread, salad, Peas & carrot

Tues April 21 *
Brunch 10AM
Biscuit & Gravy, turkeyham, cereal, milk, banana
Dinner 5:45PM
noodles with italian sauce, bread, cake, Peas and carrots

Weds April 22 *
Brunch 10:45AM
2 chicken patty, cereal, cake, bread, milk
Dinner 4:20PM
Turky fajitta, tortilla wraps, cake, beans & Rice

Thurs April 23 *
Brunch 11:20 AM
Baked eggs, Pancakes, grits, apple, milk
Dinner 5:15PM
2 Hot dog, bread, noodles, apple, greenbean

Fri. April 24 *
Brunch 11 AM
2 charbroil patty, bread, cake, salad, milk, beans
Dinner 5:15PM
Sausage, Bread, carrots, Rice, Brownie, Apple

Sat. April 25 *
Brunch 9:15AM
Eggs with ham, turkey bologna, oatmeal, milk, apple tortillas & roll
Dinner 6PM
chilli mack, bread, brownie, salad, green bean



## CORRECTIONAL INSTITUTION INSPECTION COMMITTEE

*A Joint Committee of the 133rd Ohio General Assembly*



**HOUSE MEMBERS**
Doug Green, *Chair*
Erica C. Crawley
Gayle Manning
Adam C. Miller

**SENATE MEMBERS**
William P. Coley, *Vice Chair*
Hearcel F. Craig, *Secretary*
Nathan H. Manning
Sandra R. Williams

April 27, 2020

Jason McCrary 718296
Warren Correctional Institution
PO Box 120
Lebanon, OH 45036

Dear Mr. McCrary:

Our office recently received correspondence on your behalf. CIIC is a legislative committee that inspects Ohio prisons and evaluates programs, operations, conditions, and the grievance procedure. While CIIC does not have decision-making authority, we can provide you with information on Administrative Rules (ARs) and DRC policies as well as other helpful resources.

In the correspondence, concerns were regarding the ongoing developments of the coronavirus, as it relates to your wellbeing in the facility.

Our office has no authority regarding the sentencing or release of individual offenders, as we are not legal professionals and cannot offer you any form of assistance in that manner. We suggest you kite the law library and utilize the services available to you. Your law librarian or law clerk should be able to assist you. You may also consider consulting an attorney, as they are in the best position to address such concerns.

Please understand that our office has no authority with your medical care, as we are not medical professionals. If any medical issues arise, I encourage you to notify staff immediately and utilize a Health Service Request (HSR). Additionally, I encourage you to work with the medical professionals at your facility that are best equipped to explain your plan of care. You may do so by kiting the Healthcare Administrator, or filing an informal complaint if policy was violated.

Our office is aware that modifications to the food serving schedule have been made due to this unprecedented situation. We encourage you to review DRC Policy 60-FSM-02 on Food Service Operations, which states in section C.3.: "Meal variations from the cycle menu may be allowed during major holidays and emergency operations provided that basic nutritional goals are satisfied." If you feel that 60-FSM-02 or any other DRC policy is violated, you may document this

Riffe Center, 77 South High Street, Columbus, Ohio 43215 • (614) 466-6649 • Fax (614) 466-6929
www.ciic.state.oh.us

by utilizing the Inmate Grievance Procedure, or by reporting it to the Institutional Inspector. If modification to the food service operations is impacting a health condition or medication, please notify staff immediately and communicate your concerns with medical staff and/or the dietician.

We encourage you to communicate questions regarding the sanitation and safety of the facility by notifying a supervisor during rounds and kiting the Health and Safety Supervisor. Any concerns you have regarding institutional conditions or sanitation should also be documented through the inmate grievance procedure. You must first file a complaint to the supervisor of the department who is the direct cause of the concern. If you are dissatisfied with the response that you receive, you may follow through with a grievance to the Inspector and then an appeal to the Chief Inspector, if necessary. If you have any questions on how to use the inmate grievance procedure, be sure to kite the Inspector and/or review Administrative Rule 5120-9-31.

We take all complaints seriously; we noted the concerns in our database and will continue to monitor them as the situation develops. Our agency recognizes the dedication of the Department of Rehabilitation and Correction staff members to maintain the safety of offenders and facility staff during this time of uncertainty. Thank you for bringing these concerns to our attention.

Sincerely,

R. Helbing
Senior Corrections Analyst II

Resources for your family to utilize:

Coronavirus.ohio.gov

Hotline: 1-833-4ASK-ODH

DRC.ohio.gov/family/covid-19-updates

Phone: 614-728-1142

Email: drc.covid19@odrc.state.oh.us



**You have received a _jpay_ letter, the fastest way to get mail**

From : Angela Collinette Range  Customer ID: 184886621
TO :  JASON MCCRARY, ID: A718296
Date : 5/1/2020 3:46:55 PM EST,   Letter ID: 806321189
Location : WCI
Housing : 2C222LC

Judge orders transfer or release for some inmates at virus-wracked Ohio federal prison
By Josh Gerstein
A judge has ordered the release or transfer of hundreds of elderly and vulnerable inmates at a federal prison in Ohio that has seen a particularly deadly and widespread outbreak of the coronavirus.
a sign on the side of a building: The Department of Justice. © Samuel Corum/Getty Images The Department of Justice.
Although federal courts have been flooded in recent days with release and resentencing requests in individual cases, the ruling Wednesday from U.S. District Court Judge James Gwin appeared to be the first that could lead to a group release of federal convicts as a result of the ongoing Covid-19 pandemic.
Gwin said he needed to act because efforts to combat the virus at the Elkton prison in Lisbon, Ohio, were failing. Six inmates there infected with the virus have died in recent weeks, with 52 inmates confirmed infected and 48 staff — the highest number of staff infections of any federal prison in the country.
But with fewer than 100 of the 2,400 inmates at Elkton tested, the actual infection rate could be much higher, the judge said, calling the lack of testing at the prison a "debacle" — especially compared with a nearby state prison that has conducted thousands of tests.
"Despite their efforts, the Elkton officials fight a losing battle. A losing battle for staff. A losing battle for inmates," wrote Gwin, an appointee of President Bill Clinton.
The decision from the Cleveland-based Gwin came the same day a federal judge in Louisiana rejected a similar class-action, habeas corpus case brought on behalf of prisoners at a hard-hit federal prison complex in Oakdale, La.
U.S. District Court Judge Terry Doughty said federal statutes and legal precedents foreclosed the court from offering the same relief Gwin granted.
Doughty, an appointee of President Donald Trump, also sounded disinclined to second guess the decisions of the Bureau of Prisons.
"Such a designation and/or classification falls squarely within BOP's authority and outside the purview of this Court," Doughty wrote. "To rule otherwise would make this Court a de facto 'super' warden of Oakdale."
Oakdale is suffering from the deadliest Covid-19 outbreak in the federal prison system, with seven inmates having expired. Federal statistics show 21 prisoners and 22 staffers there confirmed as infected.
Systemwide, 566 federal inmates and 342 staff are confirmed infected with the virus, while 24 inmates diagnosed with the illness have died, according to an official tally. Those numbers are believed to be low due to very limited testing. The Bureau of Prisons says 1,440 inmates have been moved to home confinement since Attorney General William Barr blessed that last month as a method to limit spread and impact of the virus.
In his 21-page opinion, Gwin emphasized that he was not ordering a mass release of inmates at Elkton, but that prison officials determine which vulnerable inmates are eligible for various programs that would get them out of the facility, such as compassionate release, home confinement, parole or furlough. Vulnerable inmates deemed ineligible would have to be transferred to another prison, the judge said. A 14-day quarantine for prisoners set for release or transfer would continue, the judge said.
Gwin's order covered Elkton prisoners who are over 65 or have "documented" medical conditions, including severe obesity. He declined to add ex-smokers to the list.
Federal prosecutors fought both cases, warning that mass releases could endanger public safety, but Gwin said he wasn't persuaded.
"Petitioners do not ask this Court to throw open the gates to the prison and leave the inmates that are released to fend for themselves," the judge wrote. "No one's interest would be served in doing so. The Court is confident that the transfer of prisoners from Elkton to other means of confinement could accomplish the goal of protecting Elkton's vulnerable population while also protecting public safety."
Justice Department spokespeople did not immediately respond to requests for comment on Gwin's ruling, which could be appealed.
However, a lawyer with one of the groups representing the Elkton inmates hailed the decision.
"Countless lives will be saved as a result of this order," said David Carey of the American Civil Liberties Union's Ohio chapter. "Even since we filed our class action, the death toll at Elkton has doubled. Judge Gwin was absolutely correct in recognizing the dire situation at Elkton, and we are eager to assist and facilitate the release of the members of the medically vulnerable class."
The conflicting court rulings Wednesday came amid confusing edicts, actions and statements this week from federal prison officials and Justice Department headquarters about the effort to lower the federal prison population and protect at-risk inmates as well as staff.
On Monday, numerous prisoners across the country who had been put into pre-release quarantine were told they'd been deemed ineligible to be sent home after guidance abruptly shifted to exclude inmates who had not yet served

JASON MCCRARY A718296 WCI 2C222LC ID:806321189 [P 2/2]

You have received a *jpay* letter, the fastest way to get mail

From: Angela Champion-Russo, CustomerID: 18489620
To : JASON MCCRARY, ID: A718296
Date : 5/1/2020 3:46:55 PM EST, Letter ID: 806321189
Location : WCI
Housing : 2C222LC

half of their sentences. However, after a POLITICO report on the reversal Tuesday, the Justice Department appeared to reverse course yet again and insisted that such inmates could be considered for release.
The flip-flops disappointed and enraged inmates and their families. Some had received visits from probation officials to confirm that convicts' home settings were acceptable. Other inmates had already booked travel to get home.
A statement the Bureau of Prisons sent to Congress on Wednesday expressed regret over the lack of clarity involving inmates with more than half their sentences remaining.
"These individuals were informed prematurely that they were Home Confinement eligible, and we regret any confusion that may have caused," said the statement, obtained by POLITICO. The bureau's explanation went on to indicate that, despite what many inmates were told Monday, some in that group were still being considered to be sent home.
"Because they are outside of the original criteria, each case is being individually reviewed for Home Confinement by a multi-disciplinary team comprised of Bureau Headquarters leadership. These reviews will be completed within the next 10 business days, and each of these individuals will be provided information regarding their Home Confinement status," prison officials said.
Despite the apparent reversals this week, Justice Department lawyers handling a flood of lawsuits, release and resentencing motions in courts across the country continued to submit court filings saying the 50 percent threshold remained in place.
On Wednesday, lawyers from the U.S. attorney's office in Boston urged a judge there to dismiss a class-action habeas corpus petition filed by inmates at the Federal Medical Center at the former Fort Devens in Massachusetts. The center, which includes a unit that handles prisoners suffering from Alzheimer's disease and similar disorders, has yet to report a staff or inmate infection.
The response listed specific inmates deemed "ineligible" for home confinement due to the 50 percent rule.
Given the ongoing confusion, some prosecutors seemed reluctant to be pinned down about precisely which inmates are eligible for home confinement or other release.
A federal prosecutor in Manhattan who told a judge Friday that an inmate was approved for release, *then told the* court Monday that decision had been reversed, demurred Wednesday despite the judge's order to explain the backpedaling and submit an affidavit from the Bureau of Prisons detailing the change.
The world is battling the COVID-19 outbreak, which the World Health Organization has declared a global pandemic. Here is a look at some of the prisons around the world.
A prison guard keeps as medical workers walk at a secure mobile medical unit set up at the Abbotsford Regional Hospital to treat prisoners infected with the coronavirus (COVID-19) outbreak from the Mission Institution correctional center, on April 18 in Abbotsford, British Columbia, Canada.
"Since the Court issued its order, the Government has been in communication with the Office of the Deputy Attorney General and multiple counsel at the Bureau of Prisons in an effort to collect complete and accurate information in response to the Court's order," Assistant U.S. Attorney Olga Zverovich wrote.
Despite the high-level contacts, Zverovich's letter cited "ongoing uncertainty surrounding the home-confinement eligibility criteria at various BOP facilities." Shortly after a 5 p.m. deadline Wednesday that U.S. District Court Judge Ronnie Abrams had set for the detailed explanation, the prosecutor asked for a 24-hour extension.
Abrams had not responded to the request by late Wednesday night.

You have received a **jpay** letter, the fastest way to get mail

From : JASON MCCRARY, ID: A718296
To : ~~Steven Garner, CustomerID: 15075031~~
Date : 4/13/2020 8:16:01 AM EST, Letter ID: 788330566 Parent Letter ID: 787254973
Location : WCI
Housing : 2C222LC



RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I (we) would like for The O.D.R.C. To do and heed all warnings That The C.D.C. has put in place to save and protect inmates lives, We want to be compensated One hundred million dollars for The inmates listed in This suit, This will help provide medical, help each inmate to Thrive if not released on G.P.S monitoring and give each inmate The ability to be taken care of in The future if Covid-19 should strike Them or Their families, any children born unto Them while They have This ever changing, complicated and deadly disease, This money will do noThing for The pain, suffering or neglect of Them but will help each to live a prosperous and fulfilling life That is possible once They have gotten or have being exposed to covid-19

SIGNED THIS  27  DAY OF  April     20 20 .

Jason tuitor curtis lee Mc
SIGNATURE OF PLAINTIFF

-6-

R. J. McCrary 718-296
Box 120
banon, OH.
     45036



Office of the Clerk
Potter stewart U.S. CourtHouse
           Room 103
100 East Fifth Street
Cincinnati, OH.
           45202

Legal Mail