IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason Antonio Curtis Lee McCrary, et al., :
:
    Plaintiff(s), :
: Case Number: 1:20cv388
vs. :
: Judge Susan J. Dlott
Governor DeWine, et al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 1, 2021 a Report and Recommendation (Doc. 11).

Plaintiffs McCrary and Cornett filed motions for extensions of time to file objections to the Report and Recommendation (Docs. 12 and 13). The Court granted their motions and they were to file their objections by March 16, 2021, which they failed to do.

Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 16, 2021, the Court hereby ADOPTS the Report and Recommendation.

Accordingly, it is ORDERED that plaintiffs Jacobs, Delgato, Jackson, Nadler, and Burton are DISMISSED as parties to this case for want of prosecution.

The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § § (e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting

the Report and Recommendation will not be taken in good faith. Therefore, plaintiffs are DENIED leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court